STATE v. McCROREY

No. 487P00

Case below: 140 N.C. App. 151

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. McDONALD

No. 451P00

Case below: 136 N.C. App. 849

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. McKINNON

No. 506P00

Case below: 140 N.C. App. 387

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. McLAUGHLIN

No. 637A84-5

Case below: Bladen County Superior Court

Application by defendant for writ of habeas corpus denied 20 December 2000.

STATE v. McNEILL

No. 484A95-3

Case below: Cumberland County Superior Court

Application by defendant for writ of habeas corpus denied 20 December 2000.